USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                       :

ANDREW MCBRIDE,                      :
                                         :
                         Plaintiff,     :                1:24-cv-6176-GHW
                                         :

                      -v -                 :                    ORDER
                                         :

WARNERMEDIA DIRECT, LLC,       :
                                Defendant.   :
                                         :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        As stated on the record during the telephone conference held on September 19, 2024,

Defendant's motion to compel is due by October 4, 2024; Plaintiff's opposition is due three weeks

after the date of service of Defendant's motion; and Defendant's reply, if any, is due two weeks after

the date of service of Plaintiff's opposition.

        In addition, Plaintiff's motion to remand is due by October 4, 2024; Defendant's opposition

is due three weeks after the date of service of Plaintiff's motion; and Plaintiff's reply, if any, is due

two weeks after the date of service of Defendant's opposition.

        SO ORDERED.

Dated:  September 19, 2024
New York, New York                               GREGORY N. WOODS
                                             United States District Judge