**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/2026

**ANDREW MCBRIDE,** )
)
**Plaintiff,** )
)
**v.** ) **No. 1:24-CV-06176-GHW**
)
**WARNERMEDIA DIRECT, LLC,** )
)
**Defendant.** )

# ORDER OF REMAND

Upon the parties' Joint Stipulation to Remand to State Court, it is hereby ORDERED that:

1. This action is remanded to the General Sessions Court of Coffee County, Tennessee.

2. Each party is to bear its own costs.

3. The Clerk of Court is respectfully directed to transmit a certified copy of this Order to the Clerk of the General Sessions Court of Coffee County, Tennessee, to remand this action to that court without delay, to terminate all pending motions and to close this case.

**SO ORDERED** this 4th day of October, 2026.

Hon. Gregory H. Woods
United States District Judge